IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AQUANUS DONTEL THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-230 (MTT) ) |
| Warden GREGORY MCLAUGHLIN, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a) and § 1915(e), Magistrate Judge Thomas Q. Langstaff conducted a screening of Plaintiff Aquanus Dontel Thompson's complaint. Doc. 7. The Magistrate Judge recommends that Thompson's Fourteenth Amendment due process claim be dismissed and that Plaintiff's Eighth Amendment failure to protect claim should proceed for further factual development. *Id.* at 8, 10. Thompson did not object to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, Thompson's Fourteenth Amendment due process claim is **DISMISSED without prejudice**, and Thompson's Eighth Amendment failure to protect claim will proceed for further factual development.

**SO ORDERED**, this the 5th day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT